UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELHAR MUMINOVIC,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK,<br><br>        Defendant. | Case No. 22-cv-05450-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 6 |

The Court has reviewed Judge Donna M. Ryu's Report and Recommendation regarding the failure to pay the full filing fee and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 18, 2022

_____
VINCE CHHABRIA
United States District Judge